UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MOODY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:19-CV-732 |
| v. ) | |
| ) | |
| STIVERS REALTY, L.L.C., ) | |
| a domestic limited liability ) | |
| company, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the undersigned counsel for the Plaintiff, and files this her Notice of Voluntary Dismissal Without Prejudice.

When this matter was filed, the Plaintiff executed and filed a Motion to Proceed *In Forma Pauperis* with an attached Application to Proceed in District Court Without Prepaying Fees or Costs. Subsequently, this Honorable Court issued an Order denying Plaintiff's motion and application.

The Plaintiff is in the process of providing updated financial information to the undersigned. Once the Plaintiff's updated financial position is fully known, the undersigned will refile this matter so the Court can adequately and accurately evaluate Plaintiff's financial ability as to prepayment of the costs and fees.

Respectfully submitted this the 1st day of November 2019.

/s/ *Bridget M. Ballentine*
Bridget M. Ballentine (ASB-3487-G61W)
Attorney for Plaintiff